**FILED**

12/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

Case No. DA 21-0532

----------------------------------------------------------------------------------------------------

| | |
|---|---|
| DARRELL LEE CONSTRUCTION, LLC;    ) | |
| Defendant, Third-Party Plaintiff and Appellant, | **ORDER OF DISMISSAL** |
| and | |
| JON WILLIAMS; MADDUX REAL ESTATE GROUP, INC.; DAWN MADDUX; and RALEIGH WARD, | |
| Defendants, Counterclaimants, and Appellants, | |
| and | |
| WAGNER & LYONS, PLLC, f/k/a SULLIVAN, WAGNER & LYONS, PLLC, | |
| Appellant, | |
| vs. | |
| SUPERIOR HARDWOODS AND MILLWORK, INC., d/b/a/ GRIZZLY FLOORING INSTALLATION, | |
| Third-Party Defendant and Appellee. | |

----------------------------------------------------------------------------------------------------

Upon stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the above matter be dismissed with prejudice as fully and finally settled on the merits, with all parties to bear their own costs and attorneys' fees with the exception of Superior Hardwoods which shall be paid its attorney's fees, costs, and expenses as part of the Sum of Settlement in this matter.

DATED this ___ day of December, 2022.

_____
Chief Justice

ORDER OF DISMISSAL

Page 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 22 2022